JUDGE SAND

08 CV 00879

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
WEXFORD CAPITAL LLC                          :

                Plaintiff,           :

      - against -                              :      RULE 7.1 DISCLOSURE
                                                            STATEMENT
WEXTRUST CAPITAL, LLC                        :

                Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for Wexford Capital LLC (a nongovernmental corporate party) certifies that the following are parent corporations or publicly held corporations that owns 10% or more of its stock: There is no such corporation.

Dated: January 24, 2008
New York, New York

By _____
Gloria C. Phares

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
gcphares@pbwt.com

Attorneys for Plaintiff Wexford Capital LLC