UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08
```

WEXFORD CAPITAL LLC

    Plaintiff,

WEXTRUST CAPITAL, LLC,

    Defendant.

08 CV 00879

STIPULATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT

Plaintiff, WEXFORD CAPITAL LLC and Defendant, WEXTRUST CAPITAL, LLC (the "Parties") by their respective counsel, Patterson Belknap Webb & Tyler LLP and Lillig & Thorsness, Ltd., and stipulate to extend the time in which Plaintiff is obligated to serve the summons and complaint on Defendant until and including June 2, 2008. The Parties agree that this Stipulation shall not affect or prejudice any claim or defense of the Parties.

WEXFORD CAPITAL LLC

By: _____
Gloria C. Phares
Patterson Belknap Webb & Tyler, LLP
1133 Avenue of the Americas
New York, NY 10036
gphares@pbwt.com
Telephone 212-336-2686
Facsimile 212-336-7978

WEXTRUST CAPITAL, LLC

By: _____
Adrian Mendoza (to be admitted pro hac vice)
Lillig & Thorsness, Ltd.
1900 Spring Road, Suite 200
Oak Brook, IL 60523
amendoza@lilliglaw.com
Telephone 630-571-1900
Facsimile 630-571-1042

SO ORDERED: _____
5/14/08
Honorable Leonard B. Sand
United States District Judge