UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
)
WEXFORD CAPITAL LLC,                        )
)
)
Plaintiff,                          )
)
v.                                      )    08 CV 00879 (LBS) (FM)
)
)
WEXTRUST CAPITAL, LLC,                      )
)
)
Defendant.                          )
)
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), plaintiff Wexford Capital LLC hereby voluntarily dismisses this action without prejudice. The defendant has not answered, and the parties have settled their dispute.

Respectfully submitted,

_____
Gloria C. Phares

PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 336-2000

Attorneys for Plaintiff Wexford Capital LLC

Dated:  June 13, 2008